WALTER PROPER, as Administrator, etc., of KENNETH PROPER, Deceased, Respondent, v. DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order unanimously affirmed, with costs.

SEYMOUR E. STEVENS, Respondent, v. LEO B. WEISL, Appellant.— Judgment and order reversed, on the ground that the damages are excessive, and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $2,000, in which case judgment is so modified and as so modified judgment and order affirmed, without costs. All concur.

MILLARD H. WRIGHT, Respondent, v. ISAAC W. DIETZ, Appellant.— Judgment and order affirmed, with costs. All concur, except Woodward, J., dissenting.